6 So.2d 456

### Joe RUFFIN et al. v. STATE.

### 2 Div. 179.

Supreme Court of Alabama.
Feb. 19, 1942.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for petitioner.

D. M. Boswell, of Butler, opposed.
LIVINGSTON, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ruffin et al. v. State, 6 So.2d 455, wherein a judgment of conviction of grand larceny was reversed.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.